UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUNDO PARDO RUBI,<br><br>Petitioner,<br><br>v.<br><br>JEFF WRIGLEY, Warden, et al.,<br><br>Respondents. | 1:07-cv-00641-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 21)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DENYING PENDING MOTIONS AS MOOT (Docs. 5, 8, 9, 12, 15, 16, 18, & 19)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 22, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because the Petition should have been filed as a motion for reconsideration in the trial court pursuant to 28 U.S.C. § 2255. (Doc. 21). The Findings and Recommendations included a recommendation that all pending motions be denied. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of

that order.  To date, the parties in this case have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 22, 2008 (Doc. 21), is ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED;

3. All pending motions in this case (Docs. 5, 8, 9, 12, 15, 16, 18, & 19), are DENIED as MOOT; and,

4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 6, 2008**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE